

# Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons

USPC Pre-Release Report for inmate: RAGG, NARVELL   70241-511

SEQUENCE: 00576678

Report Date: 01-27-2026



| | | | |
|---|---|---|---|
| Facility: | CCC  CHICAGO MCC | Custody Level: | IN |
| Name: | RAGG, NARVELL | Security Level: | UNASSG |
| Register No.: | **70241-511** | Proj. Rel Date: | UNKNOWN |
| Quarters: | E03-019U | Release Method: | UNKNOWN |
| Age: | 27 | DNA Status: | CCC08493 / 04-29-2025 |
| Date of Birth: | ▮▮▮▮▮▮ | | |

## Offenses and Sentences Imposed

*NO SENTENCING OBLIGATIONS*

## Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

## Program Plans

| |
|---|
| Ragg arrived to MCC Chicago as a Pretrial inmate on April 23, 2025. |

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| UNREVW HIS | UNREVIEWED OFFENSES | 04-23-2025 |

## FSA Comments

| |
|---|
| ** No notes entered ** |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| CCC | ORD 17 | ORDERLY-17TH FLOOR | 09-22-2025 |

## Work Assignment Summary

| |
|---|
| Ragg is currently a Unit Orderly where he assists with the cleanliness of the unit. He works with a team to ensure that the facility is clean and organized. If issues arise on the Unit, Ragg is notified and he works to fix the problem. I have not seen any issues with his work performance. |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| CCC | GED UNK | GED STATUS UNKNOWN | 04-23-2025 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|

*NO COURSES*

## Education Information Summary

| |
|---|
| Ragg has completed the below programs and is currently waiting to take the remainder.<br><br>Complete:<br>Embracing Interfaith<br>Faith Based Conflict Management<br><br>Waitlist:<br>Houses of Healing<br>Anger Management<br>Basic Cognitive Skills<br>Criminal Thinking |

## Discipline Reports



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
USPC Pre-Release Report for inmate: RAGG, NARVELL   70241-511

SEQUENCE: 00576678

Report Date: 01-27-2026

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

### Discipline Summary

Ragg has maintained clear institutional conduct during incarceration at MCC Chicago. His interaction with staff and inmates is appropriate and no management concerns are noted at this time.

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|

*NO ASSIGNMENTS*

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NOT MED CL | NOT MEDICALLY CLEARED | 04-23-2025 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|

*NO ASSIGNMENTS*

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|

*NO ASSIGNMENTS*

### Physical and Mental Health Summary

\*\* No notes entered \*\*

### FRP Payment Plan

| Most Recent Payment Plan |
|---|

*\*\* NO FRP DETAILS \*\**

### Financial Responsibility Summary

\*\* No notes entered \*\*

### Release Planning

\*\* No notes entered \*\*

### General Comments

\*\* No notes entered \*\*



## Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons
USPC Pre-Release Report for inmate: RAGG, NARVELL  70241-511

SEQUENCE: 00576678
Report Date: 01-27-2026

Name: RAGG, NARVELL
Register Num: **70241-511**
Age: 27
Date of Birth: ███████
DNA Status: CCC08493 / 04-29-2025

---

Inmate  (RAGG, NARVELL, Register Num: 70241-511)

Date

---

Chairperson

Date  1/27/26

Case Manager

Date  1/27/26

Case: 1:25-cr-00173 Document #: 33-1 Filed: 04/14/26 Page 4 of 5 PageID #:348

# CERTIFICATION OF COMPLETION

is granted to

# NARVELL RAGG

to certify satisfactory completion of

# FAITH-BASED CONFLICT MANAGEMENT

S. Iwuji, Supervisory Chaplain

November 19, 2025

Date



EBOO PATEL with TIM SCORER

EMBRACING INTERFAITH COOPERATION

Eboo Patel on Coming Together to Change the World

A 5-SESSION STUDY

## CERTIFICATE OF COMPLETION

Awarded to: Ragg, Narvell Reg# 70241-511

**Successful Completion of the First Step Act Chapel Productive Activity: Embracing Interfaith Cooperation**

5 Sessions of Materials to Read and Respond
Learning Handout

By: MCC Chicago Religious Services
Date: January 3rd, 2026

Chaplain D. Kim