Criminal Division

## Case Summary

### Case No. 17CR0107702

| | | | |
|---|---|---|---|
| **People of the State of Illinois vs. NARVELL RAGGS** | § | Location: | **Criminal Division** |
| | § | Judicial Officer: | **Hennelly, Thomas Joseph** |
| | § | Filed on: | **01/20/2017** |
| | § | Related Case Number: | **16-1125127** |
| | § | IR Number: | **1883022** |
| | § | Central Booking Number/Document Control Number: | **019415180** |
| | § | SID/IBI: | **010178041** |
| | § | FBI Number: | **769767TC2** |
| | § | Record Division Number: | **HZ56671** |

---

## Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | Case Type: | Felony Indictment |
|---|---|---|---|---|---|---|
| | | | | | Case Status: | **05/12/2017 Case Disposed** |

Jurisdiction: **Chicago Police Department**

| Offense | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|
| 001. AGG UUW/VEHICLE/LOADED/NO FCC | 720-5/24-1.6(A)(1) | F4 | 01/01/1900 | 01/20/2017 |

    Arrest
        Date: 12/27/2016
        Agency:
          IL0CPD000 - Chicago Police Department
    DCN: 019415180    Sequence: 007

| Offense | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|
| 002. AGG UUW/UNLOADED/NO FCCA | 720-5/24-1.6(A)(1) | F4 | 01/01/1900 | 01/20/2017 |

    Arrest
        Date: 12/27/2016
        Agency:
          IL0CPD000 - Chicago Police Department
    DCN: 019415180    Sequence: 008

| Offense | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|
| 003. AGG UUW/VEHICLE/NO FOID | 720-5/24-1.6(A)(1) | F4 | 01/01/1900 | 01/20/2017 |

    Arrest
        Date: 12/27/2016
        Agency:
          IL0CPD000 - Chicago Police Department
    DCN: 019415180    Sequence: 009

| Offense | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|
| 004. AGG UUW/VEHICLE/<21 | 720-5/24-1.6(A)(1) | F4 | 01/01/1900 | 01/20/2017 |

    Arrest
        Date: 12/27/2016
        Agency:
          IL0CPD000 - Chicago Police Department
    DCN: 019415180    Sequence: 010

| Offense | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|
| 005. AGG UUW/VEHICLE/LOADED/NO FCC | 720-5/24-1.6(A)(1) | F4 | 01/01/1900 | 01/20/2017 |

    Arrest
        Date: 12/27/2016
        Agency:
          IL0CPD000 - Chicago Police Department
    DCN: 019415180    Sequence: 011

**Criminal Division**

## Case Summary

**Case No. 17CR0107702**

| Offense | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|
| 006. AGG UUW/UNLOADED/NO FCCA | 720-5/24-1.6(A)(1) | F4 | 01/01/1900 | 01/20/2017 |

    Arrest
      Date: 12/27/2016
      Agency:
        IL0CPD000 - Chicago Police Department
      DCN: 019415180    Sequence: 012

| Offense | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|
| 007. AGG UUW/VEHICLE/NO FOID | 720-5/24-1.6(a)(1) | F4 | 01/01/1900 | 01/20/2017 |

    Arrest
      Date: 12/27/2016
      Agency:
        IL0CPD000 - Chicago Police Department
      DCN: 019415180    Sequence: 007

| Offense | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|
| 008. AGG UUW/VEHICLE/<21 | 720-5/24-1.6(a)(1) | F4 | 01/01/1900 | 01/20/2017 |

    Arrest
      Date: 12/27/2016
      Agency:
        IL0CPD000 - Chicago Police Department
      DCN: 019415180    Sequence: 008

| Offense | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|
| 009. AGG UUW/PERSON/LOADED/NO FCCA | 720-5/24-1.6(a)(2) | F4 | 01/01/1900 | 01/20/2017 |

    Arrest
      Date: 12/27/2016
      Agency:
        IL0CPD000 - Chicago Police Department
      DCN: 019415180    Sequence: 009

| Offense | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|
| 010. AGG UUW/PERS/UNLOADED/NO FCCA | 720-5/24-1.6(a)(2) | F4 | 01/01/1900 | 01/20/2017 |

    Arrest
      Date: 12/27/2016
      Agency:
        IL0CPD000 - Chicago Police Department
      DCN: 019415180    Sequence: 010

| Offense | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|
| 011. AGG UUW/PERSON/NO FOID | 720-5/24-1.6(a)(2) | F4 | 01/01/1900 | 01/20/2017 |

    Arrest
      Date: 12/27/2016
      Agency:
        IL0CPD000 - Chicago Police Department
      DCN: 019415180    Sequence: 011

| Offense | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|
| 012. AGG UUW/PERSON/<21 | 720-5/24-1.6(a)(2) | F4 | 01/01/1900 | 01/20/2017 |

    Arrest
      Date: 12/27/2016
      Agency:
        IL0CPD000 - Chicago Police Department
      DCN: 019415180    Sequence: 012

## Related Cases

16112512701 (Indictment)

Criminal Division

## Case Summary

**Case No. 17CR0107702**

17CR0107701 (Co-Defendants)

### Statistical Closures

05/12/2017   Guilty Plea

---

### Assignment Information

---

**Current Case Assignment**

Case Number      17CR0107702
Court            Criminal Division
Date Assigned    01/20/2017
Judicial Officer  Hennelly, Thomas Joseph

---

### Party Information

---

*Lead Attorneys*

**Defendant**   **RAGGS, NARVELL**
Black
Male
Height:   6′ 3″    Weight:   200
DOB:   07/14/1998
Other Agency Number:   010178041 SID/IBI,
1883022 IR Number

**INGLES, JAYNE A**
*Retained*
773-778-5870(W)
1923 W CHICAGO AVE
SUITE 1
CHICAGO, IL 60622

**Plaintiff**

---

### Events and Orders of the Court

---

05/19/2017
Cash Bond Refund Processed Forwarded Accounting Department
*ROOM: CLERK'S OFFICE DESC: D-1270245/ATTORNEY*

05/12/2017   **By Agreement**   (9:30 AM)
Resource: Location CR1730 Criminal Division, Courtroom 604
*ROOM: 604 26TH & CALIFORNIA CDATE: 05/12/2017 C: 09:30 AM - 2*

05/12/2017   **Disposition** (Judicial Officer: Gainer, Thomas V., Jr.)
001. AGG UUW/VEHICLE/LOADED/NO FCC
Nolle Prosequi
DCN:   019415180
Sequence:   007
007. AGG UUW/VEHICLE/NO FOID
Nolle Prosequi
DCN:   019415180
Sequence:   007

05/12/2017   **Disposition** (Judicial Officer: Gainer, Thomas V., Jr.)
002. AGG UUW/UNLOADED/NO FCCA
Nolle Prosequi
DCN:   019415180
Sequence:   008
008. AGG UUW/VEHICLE/<21
Nolle Prosequi
DCN:   019415180
Sequence:   008

05/12/2017   **Disposition** (Judicial Officer: Gainer, Thomas V., Jr.)
003. AGG UUW/VEHICLE/NO FOID

Criminal Division

## Case Summary

### Case No. 17CR0107702

    Nolle Prosequi
      DCN: 019415180
      Sequence: 009
   009. AGG UUW/PERSON/LOADED/NO FCCA
    Nolle Prosequi
      DCN: 019415180
      Sequence: 009

05/12/2017   **Disposition** (Judicial Officer: Gainer, Thomas V., Jr.)
   004. AGG UUW/VEHICLE/<21
    Nolle Prosequi
      DCN: 019415180
      Sequence: 010
   010. AGG UUW/PERS/UNLOADED/NO FCCA
    Nolle Prosequi
      DCN: 019415180
      Sequence: 010

05/12/2017   **Disposition** (Judicial Officer: Gainer, Thomas V., Jr.)
   005. AGG UUW/VEHICLE/LOADED/NO FCC
    Nolle Prosequi
      DCN: 019415180
      Sequence: 011
   011. AGG UUW/PERSON/NO FOID
    Nolle Prosequi
      DCN: 019415180
      Sequence: 011

05/12/2017   **Disposition** (Judicial Officer: Gainer, Thomas V., Jr.)
   006. AGG UUW/UNLOADED/NO FCCA
    Nolle Prosequi
      DCN: 019415180
      Sequence: 012
   012. AGG UUW/PERSON/<21
    Nolle Prosequi
      DCN: 019415180
      Sequence: 012

05/12/2017
Defendant In Custody    (Judicial Officer: Gainer, Thomas V., Jr.)
   *ROOM: 604 JDGE: 1839*

05/12/2017
Nolle Prosequi    (Judicial Officer: Gainer, Thomas V., Jr.)
   *ROOM: 604 JDGE: 1839 REF: C002*

05/12/2017
Nolle Prosequi    (Judicial Officer: Gainer, Thomas V., Jr.)
   *ROOM: 604 JDGE: 1839 REF: C003*

05/12/2017
Nolle Prosequi    (Judicial Officer: Gainer, Thomas V., Jr.)
   *ROOM: 604 JDGE: 1839 REF: C004*

05/12/2017
Nolle Prosequi    (Judicial Officer: Gainer, Thomas V., Jr.)
   *ROOM: 604 JDGE: 1839 REF: C005*

05/12/2017
Nolle Prosequi    (Judicial Officer: Gainer, Thomas V., Jr.)
   *ROOM: 604 JDGE: 1839 REF: C006*

05/12/2017
Nolle Prosequi    (Judicial Officer: Gainer, Thomas V., Jr.)
   *ROOM: 604 JDGE: 1839 REF: C007*

05/12/2017
Nolle Prosequi    (Judicial Officer: Gainer, Thomas V., Jr.)
   *ROOM: 604 JDGE: 1839 REF: C008*

                Printed on 02/26/2026 at 11:09 AM

**Criminal Division**

## Case Summary

### Case No. 17CR0107702

05/12/2017
Nolle Prosequi    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839 REF: C009*

05/12/2017
Nolle Prosequi    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839 REF: C010*

05/12/2017
Nolle Prosequi    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839 REF: C011*

05/12/2017
Nolle Prosequi    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839 REF: C012*

05/12/2017
Plea Of Guilty    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839 REF: C001*

05/12/2017    Jury Waived    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839*

05/12/2017    Finding Of Guilty    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839 REF: C001*

05/12/2017    Presentence Investigation Waived    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839*

05/12/2017    Defendant Sentenced Illinois Department Of Corrections    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839 REF: C001 MIN TERM: 1Y*

05/12/2017    Credit Defendant For Time Served    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839 MIN TERM: 72D*

05/12/2017    Admonish-Mandatory Supervisory Release    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839 MIN TERM: 1Y*

05/12/2017    Defendant Advised Of Right To Appeal    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839*

05/12/2017    Change Priority Status    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839 REF: M*

04/18/2017    **By Agreement**   (9:30 AM)
Resource: Location CR1730 Criminal Division, Courtroom 604
*ROOM: 604 26TH & CALIFORNIA CDATE: 04/18/2017 C: 09:30 AM - 2*

04/18/2017    **By Agreement**   (9:30 AM)
Resource: Location CR1730 Criminal Division, Courtroom 604
*ROOM: 604 26TH & CALIFORNIA CDATE: 04/18/2017 C: 09:30 AM - 2*

04/18/2017
Defendant In Custody    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839*

04/18/2017
Continuance By Agreement    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839 CDATE: 05/12/2017 C: 09:30 AM - 2 ROOM: 604*

04/12/2017    **Motion State**   (9:30 AM)
Resource: Location CR1730 Criminal Division, Courtroom 604
*ROOM: 604 26TH & CALIFORNIA CDATE: 04/12/2017 C: 09:30 AM - 2*

04/12/2017
Defendant In Custody    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839*

04/12/2017
Continuance By Agreement    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839 CDATE: 04/18/2017 C: 09:30 AM - 2 ROOM: 604*

04/11/2017    **Bond Setting**

**Criminal Division**

## Case Summary

**Case No. 17CR0107702**

Judicial Order - No Bail

04/11/2017   Petition For Violation Of Bail Bond Filed     (Judicial Officer: Chiampas, Peggy)
             *ROOM: BRANCH 1 RM 100 JDGE: 1949*
             Party:   Defendant RAGGS, NARVELL
             *ROOM: BRANCH 1 RM 100 JDGE: 1949*

04/11/2017   No Bail     (Judicial Officer: Chiampas, Peggy)
             *ROOM: BRANCH 1 RM 100 JDGE: 1949*

04/11/2017   Motion State - Continuance     (Judicial Officer: Chiampas, Peggy)
             *ROOM: BRANCH 1 RM 100 JDGE: 1949 CDATE: 04/12/2017 C: 09:30 AM - 2 ROOM: 604*

04/11/2017   Defendant Demand For Trial     (Judicial Officer: Chiampas, Peggy)
             *ROOM: BRANCH 1 RM 100 JDGE: 1949*

03/15/2017   **By Agreement**   (9:30 AM)
             Resource: Location CR1730 Criminal Division, Courtroom 604
             *ROOM: 604 26TH & CALIFORNIA CDATE: 03/15/2017 C: 09:30 AM - 2*

03/15/2017   Defendant On Bond     (Judicial Officer: Gainer, Thomas V., Jr.)
             *ROOM: 604 JDGE: 1839*

03/15/2017   Motion To Withdraw As Attorney - Filed     (Judicial Officer: Gainer, Thomas V., Jr.)
             *ROOM: 604 JDGE: 1839*
             Party:   Defendant RAGGS, NARVELL
             *ROOM: 604 JDGE: 1839*

03/15/2017   Appearance Filed     (Judicial Officer: Gainer, Thomas V., Jr.)
             *ROOM: 604 JDGE: 1839*

03/15/2017   Motion For Discovery     (Judicial Officer: Gainer, Thomas V., Jr.)
             *ROOM: 604 JDGE: 1839 F MODB: 2*
             Party:   Defendant RAGGS, NARVELL
             *ROOM: 604 JDGE: 1839 F MODB: 2*

03/15/2017   Continuance By Agreement     (Judicial Officer: Gainer, Thomas V., Jr.)
             *ROOM: 604 JDGE: 1839 CDATE: 04/18/2017 C: 09:30 AM - 2 ROOM: 604*

02/09/2017   **By Agreement**   (9:30 AM)
             Resource: Location CR1730 Criminal Division, Courtroom 604
             *ROOM: 604 26TH & CALIFORNIA CDATE: 02/09/2017 C: 09:30 AM - 2*

02/09/2017   Defendant On Bond     (Judicial Officer: Gainer, Thomas V., Jr.)
             *ROOM: 604 JDGE: 1839*

02/09/2017   Continuance By Agreement     (Judicial Officer: Gainer, Thomas V., Jr.)
             *ROOM: 604 JDGE: 1839 CDATE: 03/15/2017 C: 09:30 AM - 2 ROOM: 604*

02/04/2017   Defendant Released On Cash Or Deposit Bond
             *ROOM: MUNICIPAL DISTRICT 1*

01/25/2017   **Continued to**   (9:00 AM)
             Resource: Location CR1701 Criminal Division, Courtroom 101
             *ROOM: 101 26TH & CALIFORNIA CDATE: 01/25/2017 C: 09:00 AM - 1*

01/25/2017   **Continued to**   (9:30 AM)
             Resource: Location CR1730 Criminal Division, Courtroom 604
             *ROOM: 604 26TH & CALIFORNIA CDATE: 01/25/2017 C: 09:30 AM - 2*

01/25/2017   Case Assigned     (Judicial Officer: Martin, LeRoy K, Jr.)
             *ROOM: 101 JDGE: 1844 CDATE: 01/25/2017 C: 09:30 AM - 2 ROOM: 604*

Criminal Division

## Case Summary

**Case No. 17CR0107702**

01/25/2017
Defendant In Custody    (Judicial Officer: Martin, LeRoy K, Jr.)
*ROOM: 101 JDGE: 1844*

01/25/2017
Defendant In Custody    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839*

01/25/2017
Public Defender Appointed    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839*

01/25/2017
Defendant Arraigned    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839*

01/25/2017
Plea Of Not Guilty    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839*

01/25/2017
Motion For Discovery    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839 F MODB: 1*
Party:   Defendant RAGGS, NARVELL
*ROOM: 604 JDGE: 1839 F MODB: 1*

01/25/2017
Discovery Answer Filed    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839 MODB: 1*
Party:   Defendant RAGGS, NARVELL
*ROOM: 604 JDGE: 1839 MODB: 1*

01/25/2017
Admonish As To Trial In Absent    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839*

01/25/2017
Continuance By Agreement    (Judicial Officer: Gainer, Thomas V., Jr.)
*ROOM: 604 JDGE: 1839 CDATE: 02/09/2017 C: 09:30 AM - 2 ROOM: 604*

01/13/2017    Indictment/Information-Clerks Office-Presiding Judge
*ROOM: CLERK'S OFFICE CDATE: 01/25/2017 C: 09:00 AM - 1 ROOM: 101*

12/28/2016    **Bond Setting**
*Originating Case Number16112512701*
Judicial Order $50,000.00 (@10%  $5,000.00) Deposit Bond

Printed on 02/26/2026 at 11:09 AM