

# SACRAMENTO POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY

**GO# SA 2024-34125 SUSPENDED-NO INVESTIGATIVE LEADS**　　　　**23H-6 487(D)(2) GRAND THEFT-FIREARM**

## General Offense Information

Operational status: **SUSPENDED-NO INVESTIGATIVE LEADS**
Reported on: **Feb-06-2024  (Tue.) 1140**
Occurred on: **Oct-29-2023  (Sun.) 800**
Approved on: **Feb-20-2024  (Tue.)**  by:  **661  -  MIKUS, DENISE 6206**
Report submitted by: **5211  -  TOMINAGA, LISA 6289**
Org unit: **OOO RECORDS**
Address: **1850 CLUB CENTER DR**    Apartment: **721**
　　　　Place: **NATOMAS PARK APARTMENTS**
　　　　Municipality: **SACRAMENTO** County: **SACRAMENTO COUNTY**
　　　　District: **1**   Beat: **1A**   Grid: **0128**
Felony/Misdemeanor: **FELONY**
Anti Reproductive:  **N**
Gang Activity:  **N**
Identity Theft:  **N**
Value loss:  **$650.00**
Family violence: **No**

## Offenses (Completed/Attempted)

Offense: # **1   23H-6   487(D)(2) GRAND THEFT-FIREARM  -  COMPLETED**
Location: **SINGLE FAMILY HOME**
Offender suspected of using: **N/A**
Bias: **NONE (NO BIAS)**

| | SACRAMENTO POLICE DEPARTMENT |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| **GO# SA 2024-34125 SUSPENDED-NO INVESTIGATIVE LEADS** | **23H-6 487(D)(2) GRAND THEFT-FIREARM** |

# Related Event(s)

CP       34125

# Related Person(s)

### 1.  VICTIM # 1 - BASS, ▮▮▮▮▮▮▮▮

### (Case Specific Information)

Sex: **Male**
Race: **AFRICAN AMERICAN/BLACK**
Date of birth: ▮▮▮▮▮▮
Address: ▮▮▮▮▮▮      ▮▮▮▮▮▮
          Municipality: **REDDING** , **California   96003**

### Phone Numbers

CELL    (▮▮▮▮▮▮▮▮
PHONE:

### Particulars

Ethnicity: **NON-HISPANIC OR LATINO**

### Master Name Index Reference

Name: **BASS,** ▮▮▮▮▮▮
Sex: **Male**
Race: **AFRICAN AMERICAN/BLACK**
Date of birth: ▮▮▮▮▮
Ethnicity: **NON-HISPANIC OR LATINO**
Address: ▮▮▮▮▮▮      ▮▮▮▮▮▮
          Municipality: **REDDING** , **California   96003**

### Phone numbers

CELL PHONE: ▮▮▮▮▮

### Linkage factors

Resident status : **RESIDES IN STATE BUT NOT IN JURISDICTION**
Statement taken : **Yes**
Age range : **22-29 YEARS**
Victim of :
**23H- 6  487(D)(2) GRAND THEFT-FIREARM -  COMPLETED**



# SACRAMENTO POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY

| | |
|---|---|
| GO# SA 2024-34125 SUSPENDED-NO INVESTIGATIVE LEADS | 23H-6 487(D)(2) GRAND THEFT-FIREARM |

## Narrative Text

|  |  |
|---|---|
| **Type** | 01 VICTIM STATEMENT |
| **Related Person** | (VICTIM #1) BASS, ███████████████ |
| **Subject** | (VICTIM #1) BASS, ███████████████████) |
| **Author** | 5211 - TOMINAGA, LISA 6289 |
| **Related Date** | Feb-07-2024 15:32 |

On 2/07/2024 at approx 1532 hrs I spoke to ██████ Bass ██ in regards to his stolen gun. In summary he stated the following:

I was told by my parole officer that I needed to report my gun stolen. Last October I was in the process of moving when I noticed my gun was missing from the lock box. It wasn't loaded and I do still have the ammunition. I don't know who could've stolen it. Many people have been in and out of my apartment. I do not know who could've taken it.

ADV OF RPT #, GUN ENTERED INTO AFS



**SACRAMENTO POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

| | |
|---|---|
| **GO# SA 2024-34125 SUSPENDED-NO INVESTIGATIVE LEADS** | **23H-6 487(D)(2) GRAND THEFT-FIREARM** |

## Narrative Text

**Type** CLETS RESPONSE
**Subject** Rsp: IG QGB.CA0340400.SER/BWGD516
**Author** 5211 - TOMINAGA, LISA 6289
**Related Date** Feb-07-2024 18:23


```
4DCNCA02E7T.IJ
CA0340400


MKE/STOLEN GUN
ORI/CA0340400 SER/BWGD516 MAK/GLC CAL/9 MOD/19
TYP/PI DOT/20240207
OCA/24-34125
NOA/N
MIS/C0L/BLACK MAT/STEEL, P0LYMER BBL 402
NIC/G626189575 DTE/20240207 2122 EST DLU/20240207 2122 EST
ORI IS SACRAMENTO PD 916 808-5471
```

| | **SACRAMENTO POLICE DEPARTMENT** |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| | **GO# SA 2024-34125 SUSPENDED-NO INVESTIGATIVE LEADS**     **23H-6 487(D)(2) GRAND THEFT-FIREARM** |

## Narrative Text

      **Type** CLETS-VERIFIED ENTRY
    **Subject** RE: SER/BWGD516 RESPONSE TO QGB INQUIRY DATA IN AF
     **Author** 5211 - TOMINAGA, LISA 6289
 **Related Date** Feb-07-2024 18:23


CLETS VERIFIED**2/20/24**6206


4DCNCA02E7T.IG
CA0340400 RE: SER/BWGD516
RESPONSE TO QGB INQUIRY

DATA IN AFS.


* STOLEN
SER/BWGD516 MAK/GLC GLOCK,INC CAL/9
TYP/PI PISTOL SEMI-AUTOMATIC MOD/19
DOT/20240207 ENT/2 BBL/402 COL/BLACK
ORI/CA0340400 – SACRAMENTO PD OCA/24-34125
NOA/N
MIS/COL/BLACK MAT/STEEL, POLYMER
FCN/4302403806670

IMMEDIATELY CONFIRM WITH CA0340400 SACRAMENTO PD MNE/PDS0
TELEPHONE 916 808-0611 IF NO ANSWER CALL TELEPHONE 916 808-5471


* DROS – DEALER SALE
SER/BWGD516 MAK/GLC GLOCK,INC CAL/9
TYP/PI PISTOL SEMI-AUTOMATIC MOD/19
DOT/20220730 BBL/4-02 UOM/IN COL/BLACK MAT/STEEL, POLYMER
 *** PURCHASER INFORMATION ***

NAM/BASS,██████████████████████████████
ADR/█████████████████████████████
CTY/SACRAMENTO ST/CA ZIP/95835 CCC/3400
 *** DEALER INFORMATION ***
DLR/THE GUNS STORE DID/23568
DDD/2333 ARDEN WAY
DCY/SACRAMENTO DST/CA DZC/95825 DCC/3400 DTN/916-922-4867
ORI/CA0340000 – SACRAMENTO CO SHERIFF'S OFFICE OCA/T2356801007303005
FCN/4262222104760


CHECKING NCIC
END AFS RESPONSE.



**SACRAMENTO POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

**GO# SA 2024-34125 SUSPENDED-NO INVESTIGATIVE LEADS**

**23H-6 487(D)(2) GRAND THEFT-FIREARM**

## Narrative Text

**Type** CLETS RESPONSE
**Subject** RE: SER/BWGD516 OCA/24-34125 -ENTERED-FCN/43024038
**Author** 5211 - TOMINAGA, LISA 6289
**Related Date** Feb-07-2024 18:23

```
4DCNCA02E7S.UG
CA0340400 RE:  SER/BWGD516 OCA/24-34125
-ENTERED-FCN/4302403806670 STOLEN


MATCHES IN AFS
* DROS - DEALER SALE
SER/BWGD516 MAK/GLC GLOCK,INC CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/19
DOT/20220730 BBL/4-02 UOM/IN COL/BLACK MAT/STEEL, POLYMER
 *** PURCHASER INFORMATION ***
NAM/BASS,███████████████████████
ADR/███████████████████████
CTY/SACRAMENTO ST/CA ZIP/95835 CCC/3400
 *** DEALER INFORMATION ***
DLR/THE GUNS STORE DID/23568
DDD/2333 ARDEN WAY
DCY/SACRAMENTO DST/CA DZC/95825 DCC/3400 DTN/916-922-4867
ORI/CA0340000 - SACRAMENTO CO SHERIFF'S OFFICE OCA/T2356801007303005
FCN/4262222104760


END AFS RESPONSE
```



# SACRAMENTO POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY

**GO# SA 2024-34125 SUSPENDED-NO INVESTIGATIVE LEADS**                    **23H-6 487(D)(2) GRAND THEFT-FIREARM**

## Narrative Text

**Type** CLETS RESPONSE
**Subject** Rsp: IG QGB.CA0340400.SER/BWGD516
**Author** 5211 - TOMINAGA, LISA 6289
**Related Date** Apr-25-2024 13:47

```
4DCNCA04SDQ.IJ
CA0340400


MKE/STOLEN GUN
ORI/CA0340400 SER/BWGD516 MAK/GLC CAL/9 MOD/19
TYP/PI DOT/20240206
OCA/24-34125
NOA/N
MIS/C0L/BLACK MAT/STEEL, P0LYMER BBL 4/02
NIC/G626189575 DTE/20240207 2122 EST DLU/20240425 1638 EST
ORI IS SACRAMENTO PD 916 808-5471
```

| | **SACRAMENTO POLICE DEPARTMENT** | |
|---|---|---|
| | **GENERAL OFFENSE HARDCOPY** | |
| **GO# SA 2024-34125 SUSPENDED-NO INVESTIGATIVE LEADS** | | **23H-6 487(D)(2) GRAND THEFT-FIREARM** |

## Narrative Text

**Type** CLETS RESPONSE
**Subject** RE: SER/BWGD516 RESPONSE TO QGB INQUIRY DATA IN AF
**Author** 5211 - TOMINAGA, LISA 6289
**Related Date** Apr-25-2024 13:47

```
4DCNCA04SDQ.IG
CA0340400 RE: SER/BWGD516
RESPONSE TO QGB INQUIRY


DATA IN AFS.


* STOLEN
SER/BWGD516 MAK/GLC GLOCK,INC CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/19
DOT/20240206 ENT/2 BBL/4-02 COL/BLACK
ORI/CA0340400 - SACRAMENTO PD OCA/24-34125
NOA/N
MIS/COL/BLACK MAT/STEEL, POLYMER
FCN/4302403806670


IMMEDIATELY CONFIRM WITH CA0340400 SACRAMENTO PD MNE/PDS0
TELEPHONE 916 808-0611  IF NO ANSWER CALL TELEPHONE 916 808-5471


* DROS - DEALER SALE
SER/BWGD516 MAK/GLC GLOCK,INC CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/19
DOT/20220730 BBL/4-02 UOM/IN COL/BLACK MAT/STEEL, POLYMER
 *** PURCHASER INFORMATION ***
NAM/BASS,███████████████████████████████
ADR/████████████████████████████████
CTY/SACRAMENTO ST/CA ZIP/95835 CCC/3400
 *** DEALER INFORMATION ***
DLR/THE GUNS STORE DID/23568
DDD/2333 ARDEN WAY
DCY/SACRAMENTO DST/CA DZC/95825 DCC/3400 DTN/916-922-4867
ORI/CA0340000 - SACRAMENTO CO SHERIFF'S OFFICE OCA/T2356801007303005
FCN/4262222104760
```

Case: 1:25-cr-00173 Document #: 34-9 Filed: 04/15/25 Page 9 of 14 PageID #:390



```
CHECKING NCIC
END AFS RESPONSE.
```



# SACRAMENTO POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY

**GO# SA 2024-34125 SUSPENDED-NO INVESTIGATIVE LEADS**

**23H-6 487(D)(2) GRAND THEFT-FIREARM**

## Narrative Text

      **Type** CLETS RESPONSE
      **Subject** MOD DATE BBL Rsp: UG MG.4302403806670.BWGD516.DOT/
      **Author** 5211 - TOMINAGA, LISA 6289
      **Related Date** Apr-25-2024 13:47

```
COMMENT: MOD DATE BBL
4DCNCA04SDP.UG
CA0340400.RE: SER/BWGD516.
MODIFY MESSAGE PROCESSED




MATCHES IN AFS.
* DROS - DEALER SALE
SER/BWGD516 MAK/GLC GLOCK,INC CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/19
DOT/20220730 BBL/4-02 UOM/IN COL/BLACK MAT/STEEL, POLYMER
 *** PURCHASER INFORMATION ***
NAM/BASS,
ADR/
CTY/SACRAMENTO ST/CA ZIP/95835 CCC/3400
 *** DEALER INFORMATION ***
DLR/THE GUNS STORE DID/23568
DDD/2333 ARDEN WAY
DCY/SACRAMENTO DST/CA DZC/95825 DCC/3400 DTN/916-922-4867
ORI/CA0340000 - SACRAMENTO CO SHERIFF'S OFFICE OCA/T2356801007303005
FCN/4262222104760


END AFS RESPONSE.
```



**SACRAMENTO POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# SA 2024-34125 SUSPENDED-NO
INVESTIGATIVE LEADS                    23H-6 487(D)(2) GRAND THEFT-FIREARM

# Clearance Information

Agency: **SACRAMENTO PD**
Cleared status: **SUSPENDED - OTHER  - NOT APPLICABLE**
Cleared on: **Feb-08-2024  (Thu.)**
Cleared by Officer 1: **3194 -  LANNOM, DARBY 3076**
Org Unit: **ROBB -  OOI INV SERVICES - ROBBERY**
Approved by: **3194 -  LANNOM, DARBY 3076**
Org Unit: **ROBB -  OOI INV SERVICES - ROBBERY**
Complainant/Victim notified: **No**



**SACRAMENTO POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

| | |
|---|---|
| **GO# SA 2024-34125 SUSPENDED-NO INVESTIGATIVE LEADS** | **23H-6 487(D)(2) GRAND THEFT-FIREARM** |

# Related Property Report(s)

## Report Information

**Property Report #: 1234471**
Property case status: **LOST/STOLEN**
Submitted on: **Feb-06-2024  (Tue.)**    by: **TOMINAGA, LISA 6289**
**Related:**
Offense: **GO  SA  2024- 34125**
Related items: **1**

## Firearm

Status: **LOST/STOLEN**
Make: **GLOCK,INC**
Item: **PISTOL**                                    Type: **SEMI-AUTOMATIC**
Model: **19**                                        Caliber: **9**
Barrel length:                                      Finish: **BLK**
Serial #: **BWGD516**
OAN:                                                Value:  **$650.00**
Description: **BBL IS 4-02**
Flags: **n**
Current Location: **(location unknown)**

Flags = d (disposed) x (x-reference) n (entered on NCIC) *e (evidence)

Case: 1:25-cr-00173 Document #: 34-9 Filed: 04/15/25 Page 13 of 14 PageID #:394



# SACRAMENTO POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY

**GO# SA 2024-34125 SUSPENDED-NO INVESTIGATIVE LEADS**

**23H-6 487(D)(2) GRAND THEFT-FIREARM**

**\*\*\* END OF HARDCOPY \*\*\***

Apr 3, 2025 1:19:52 PM                              Printed By: ES00092 from: TID

**CHF**
QUERY:QG SER/BWGD516.MAK/GLC.CAL/9

QTID **LDS**/G25A4315 SEIZED GUN
**DOT**/2024-11-15 **MAK**/GLC **MOD**/19 **CAL**/9
**TYP**/B **SER**/BWGD516
**RCA**/35 **ATT**/EX **CVF**/N **VFC**/N
**GNG**/U **SFV**/N
**MIS**/INV 15629784
**NOA**/Y
**OCA**/JH508413

**ORI**/ILCPD0000 **ORA**/PD CHICAGO IL
**OPR**/B **DTE**/2025-03-11 10:33 **DLU**/2025-03-11 10:33 **NIC**/G526482357
**CONFIRM WITH ORI**
**THERE ARE NO RECENT QUERIES ON SER-MAK/BWGD516-GLC**
**MRI 780278 IN:** FHFS 169437 AT 03APR2025 13:17:07
**OUT:** TID 3 AT 03APR2025 13:17:07

---

**1L01 NCIC RESPONSE**
**ILFBIC1S0**
**MKE**/STOLEN GUN
**ORI**/CA0340400 **SER**/BWGD516 **MAK**/GLC **CAL**/9 **MOD**/19
**TYP**/PI **DOT**/20240206
**OCA**/24-34125
**MIS**/COL/BLACK **MAT**/STEEL, POLYMER BBL **4**/02
**NIC**/G626189575 **DTE**/20240207 2122 EST **DLU**/20240425 1638 EST
**ORI IS SACRAMENTO PD 916 808-5471**
**IMMED CONFIRM RECORD WITH ORI**

**MKE**/RECOVERED GUN
**ORI**/ILCPD0000 **SER**/BWGD516 **MAK**/GLC **CAL**/9 **MOD**/19
**TYP**/B **DOR**/20241115
**OCA**/G25A4315
**MIS**/INV 15629784
**NIC**/G526482357 **DTE**/20250311 1133 EDT **DLU**/20250311 1133 EDT
**ORI IS CHICAGO PD 312 745-5206**
**IMMED CONFIRM RECORD WITH ORI**

**MRI:** 780282 **IN:** NCIC 183758 AT 03APR2025 13:17:07
**OUT:** TID 4 AT 03APR2025 13:17:07

Page 1 of 1