UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives



## NIBIN Enforcement Support System (NESS)
### Crime Gun ID: 7720-24-06522

| | **Firearm Type: Submachine gun** | **Most Recent Trace Data** | **Additional Data** |
|---|---|---|---|
| Recovered: Yes<br>Caliber: 9 mm | Manufacturer: Glock Inc.<br>Model: 19<br>Serial number: BWGD516 | FTS ID:<br><br>Time to 1st Shooting: | Stolen gun:<br>Legacy Gun ID(s):<br>IR Tracking #: |

| Event Order | LE Agency | LE Case # | NIBIN Case #/Exhibit #/Type | Event Date/Time | Crime Type | LE Partner | Location | Involved People | Linked Crime Guns |
|---|---|---|---|---|---|---|---|---|---|
| 1 | IL-CHICAGO PD | JH364899 | 15563748<br>B2<br>Casing | 07/28/2024 05:13 (CT) | Assault | | 7831 S WABASH AVE, CHICAGO, IL, 60619 | LINDA REAVES (V, PUR)<br>JERRY BLACKMON (V) | 7720-24-04484<br>7720-24-06271 |
| | **Summary:** | AGGRAVATED - HANDGUN | | | | | | | |
| | | | | **Days Between Events: 9 days** | | | | | |
| 2 | IL-CHICAGO PD | JH376988 | 15569525<br>A1<br>Casing | 08/06/2024 05:10 (CT) | Other: CRIMINAL DAMAGE | GLENKE, RICHARD | 10230 S CHARLES ST, CHICAGO, IL, 60643 | LINDA HEARN (V)<br>TOMMIE MALONE (V) | 7720-24-06523 |
| | **Summary:** | TO PROPERTY | | | | | | | |
| | | | | **Days Between Events: 101 days** | | | | | |
| 3 | IL-CHICAGO PD | JH508413 | 15629784<br>1A1<br>Test Fire | 11/15/2024 03:30 (CT) | Burglary | AUSTIN, STEPHEN | 2601 N HALSTED ST, CHICAGO, IL, 60608 | BOBBY BASS (PUR)<br>SAM TINAGLIA (W)<br>NARVEAL RAGGS (S-K, AR)<br>KHAN SAIF (W) | |

*Be advised that this document is to be used for investigative purposes only. NESS data reflects a compilation of information from multiple data sources. This document should not be relied upon as evidence and investigators should collect original reports for any evidentiary purposes. No information contained herein may be duplicated, reproduced, or disseminated without the express authorization of ATF.*

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE



**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

| | |
|---|---|
| **Summary:** | ATTEMPT FORCIBLE ENTRY |

**Days Between Events: NA**

*Be advised that this document is to be used for investigative purposes only. NESS data reflects a compilation of information from multiple data sources. This document should not be relied upon as evidence and investigators should collect original reports for any evidentiary purposes. No information contained herein may be duplicated, reproduced, or disseminated without the express authorization of ATF.*

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE