# INCIDENT - RD# JH364899

## INCIDENT TIME / LOCATION

**Occurrence Date**
28 JUL 2024 @ 05:13

**Occurrence Address**
⬛ S WABASH AVE, CHICAGO

**Area**
2

**District**
06

**Beat**
0623

**Ward**
6

## INCIDENT CATEGORIZATION

**Primary IUCR**
051A Assault Aggravated    Handgun

**FBI Code**
04A / Aggravated Assault (Index)

**Method / CAU / Motive Codes**
411 / DNA /

**Location**
Street/Gangway

**Method of Entry**
No Data

**Domestic Related**
N

**Gang Related**
N

**Fire Related**
N

**All IUCRs**

| 051A ASSAULT - AGGRAVATED - HANDGUN |
| --- |
| 1310 CRIMINAL DAMAGE - TO PROPERTY |
| 1320 CRIMINAL DAMAGE - TO VEHICLE |

## CASE MANAGEMENT

**Case Status**
1-SUSPENDED

**Beat of Assignment**
0613

**Reported Date**
28 JUL 2024 @ 05:15

**Approval Date**
28 JUL 2024 @ 07:30

**Detective Inbox**
Violent Crimes

**Case ID**
13544429

## ASSOCIATED RECORDS

### ASSOCIATED ARRESTS

**Not Found!** No associated arrests could be found.

### ASSOCIATED INCIDENTS

**Not Found!** No associated incidents could be found.

2/26/26, 12:21 PM

## ASSOCIATED SERVICE CALLS

| Event # |
| --- |
| 2421003820 |

## VICTIM DETAILS

| Victim Name | Role | Demographics | Phone # | Victim Address | Area | District | Beat | Ward | Victim IUCR | FBI Code | Is Injured? | Is Officer? | Details |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ███ | VICTIM | ███ | | ███ | 2 | 06 | 0623 | 6 | 051A/Assault/Aggravated - Handgun | 04A/Aggravated Assault (Index) | N | N | 🔲 |
| ███ | VICTIM | ███ | | ███ | 2 | 06 | 0623 | 6 | 1320/Criminal Damage/To Vehicle | 14/Vandalism | N | N | 🔲 |

## SUSPECT DETAILS

| Suspect Name | Nickname / Alias | DOB | IR # | SID # | Suspect Address | Sex / Race / Age | Height | Build | Eye Color | Hair Color | Hair Style | Complexion | Facial Hair | Scars/Marks | Clothing Description |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Unknown 1 Unknown 1 | | No Data | | | | M / BLK / | | | XXX | XXX | XXX | XXX | UNKNOWN | | |

## NARRATIVES

### Narrative

Event #2421003820. B.W.C incident. In summary, R/O's responded to a shotspotter incident (306-391768) for 11 rounds at ███ S. Wabash. Upon arrival, R/O's observed [V] ███ standing next to the above listed vehicle with a broken out rear driver's side window. [V] ███ related he heard shots and came out to check on his vehicle and found it with a broken out window. [V] ███ waived down R/O's in a CTA uniform and related she was walking out to her vehicle to go to work when she observed 2 unknown male blacks in face masks and dark clothing standing near her neighbor's ( [V] ███ ) vehicle breaking out the window and her vehicle. [O] UNKNOWN 1, UNKNOWN 1 started shooting at [V] ███ , striking her residence front window, and placing [V] ███ in fear of her life. [V] ███ being a valid CCL holder fired 1 round back at [O] UNKNOWN 1, UNKNOWN 1 before [O] UNKNOWN 1, UNKNOWN 1 fled in a black BMW coupe and a white sedan. R/O's recovered 1 expended shell casing from the gangway of ███ S. Wabash, inventory #15563746, as well as the firearm belonging to [V] ███ , inventoried under #15563730. Firearm cleared through LEADS. R/O's located and recovered multiple shell casings in the street in front of ███ S. Wabash, inventory #15563748. R/O's canvassed the scene and did not locate any other property damage. [V] ███ was not injured and did not require EMS. V.I.N provided and explained.

### EVENT NUMBERS FOUND IN NARRATIVE

*Note: The event number(s) below is calculated from date of occurrence and may not be accurate*

2421003820

## INVOLVED UNITS AND PERSONNEL

| Employee # | PC # | Name | Assigned Beat | Role Code | RO Arrival Date / Time |
| --- | --- | --- | --- | --- | --- |
| 105201 | PC0Z704 | JOHNSON, MARK | 0620A | SUPO | 28 JUL 2024 @ 05:15 |
| 135540 | PC0DH48 | ACEVES, DANIEL | 0613 | RO | 28 JUL 2024 @ 05:15 |
| 124956 | PC0CG22 | ANDRASCO, MICHAEL | 0613 | RO | 28 JUL 2024 @ 05:15 |

## INVOLVED VIDEOS

Based on RO Date/Time 28 JUL 2024 @ 05:15

| Employee # | PC # | Name | Assigned Beat | Source | Axon Event # | Record Start | Record End | Duration (Minutes) | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 105201 | PC0Z704 | JOHNSON, MARK | 0620A | AXON | 2421003820 | 05:10 | 05:15 | 6 | 🔲 | 🎥 | ◁ |
| 124956 | PC0CG22 | ANDRASCO, MICHAEL | 0613 | AXON | 2421003820 | 05:15 | 05:50 | 35 | 🔲 | 🎥 | ◁ |
| 135540 | PC0DH48 | ACEVES, DANIEL | 0613 | AXON | 2421003820 | 05:15 | 05:50 | 35 | 🔲 | 🎥 | ◁ |

| Employee # | PC # | Name | Assigned Beat | Source | Axon Event # | Record Start | Record End | Duration (Minutes) | |
|---|---|---|---|---|---|---|---|---|---|
| | | Matched by RD # | | AXON | 2421003820 | 05:16 | 05:35 | 19 | |
| | | Matched by RD # | | AXON | 2421003820 | 05:17 | 05:35 | 18 | |
| 105201 | PC0Z704 | JOHNSON, MARK | 0620A | AXON | 2421003820 | 05:18 | 05:50 | 32 | |
| 105201 | PC0Z704 | JOHNSON, MARK | 0620A | AXON | 2421004082 | 05:57 | 06:00 | 3 | |

## INVOLVED PROPERTY

### FIREARM PROPERTY

| Manufacturer | Model | Serial # | Firearm Description | DSP | RCVD | STLN | TKN | USD | Inventory Sheet # |
|---|---|---|---|---|---|---|---|---|---|
| TAURUS | G3C | ACG982223 | TAURUS G3C ACG982223 9MM SEMI-AUTOMATIC PISTOL 3.2IN BARREL BLACK FINISH | N | Y | N | N | Y | 15563730 |

### VEHICLE PROPERTY

| Style | Year | Make | Model | VIN # | Color | Plate # | State | DAM | OIC | RCVD | STLN | TKN | TFT | Inventory Sheet # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TK | 2017 | GENERAL MOTORS CORPORATION (GMC) | SIERRA | 3GTU2NEC2HG415792 | BLK / BLK | 2934466B | IL | N | N | N | N | N | N | |

### MISCELLANEOUS PROPERTY

| Property Description | Serial # | Value | JWLRY | OAN | RCVD | TKN | WPN | Inventory Sheet # |
|---|---|---|---|---|---|---|---|---|
| WINDOW FRAME | | $150 | N | N | N | N | N | |

Generated 26 FEB 2026 @ 12:13

**For Official Police Use Only! Not For Dissemination!**

DATA WAREHOUSE Version 2.6.3

# INCIDENT - RD# JH376988

## INCIDENT TIME / LOCATION

**Occurrence Date**
06 AUG 2024 @ 05:10

**Occurrence Address**
10230 S CHARLES ST, CHICAGO

**Area**
2

**District**
22

**Beat**
2213

**Ward**
19

## INCIDENT CATEGORIZATION

**Primary IUCR**
1310 Criminal Damage To Property

**FBI Code**
14 / Vandalism

**Method / CAU / Motive Codes**
411 / DNA /

**Location**
Residence/House

**Method of Entry**
No Data

**Domestic Related**
N

**Gang Related**
N

**Fire Related**
N

**All IUCRs**

| 1310 CRIMINAL DAMAGE - TO PROPERTY |
| --- |

## CASE MANAGEMENT

**Case Status**
1 SUSPENDED

**Beat of Assignment**
2213

**Reported Date**
06 AUG 2024 @ 05:32

**Approval Date**
06 AUG 2024 @ 06:21

**Detective Inbox**
Property Crimes

**Case ID**
13554619

# ASSOCIATED RECORDS

## ASSOCIATED ARRESTS

**Not Found!** No associated arrests could be found.

## ASSOCIATED INCIDENTS

**Not Found!** No associated incidents could be found.

## ASSOCIATED SERVICE CALLS

| Event # |
| --- |
| 2421902214 |

## VICTIM DETAILS

| Victim Name | Role | Demographics | Phone # | Victim Address | Area | District | Beat | Ward | Victim IUCR | FBI Code | Is Injured? | Is Officer? | Details |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ████████████████████████████████████████████████████████████████████████ | | | | | | | | | | | | | |

## SUSPECT DETAILS

| Suspect Name | Nickname / Alias | DOB | IR # | SID # | Suspect Address | Sex / Race / Age | Height | Build | Eye Color | Hair Color | Hair Style | Complexion | Facial Hair | Scars/Marks | Clothing Description |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Unknown 1 Unknown 1 | | No Data | | | | X / U / | | | XXX | XXX | XXX | XXX | UNKNOWN | | |

## NARRATIVES

**Narrative**

EVENT 02260 IN SUMMARY, R/O'S RESPONDED TO CALLS OF SHOTS FIRED AND SPOKE WITH HOMEOWNER [V] ███████████ WHO RELATED THAT FOLLOWING SOUNDS OF SHOTS FIRED AND BREAKING GLASS, HE DISCOVERED MULTIPLE BULLETS HOLES IN THE SIDING OF HIS FRONT PORCH ALONG WITH THE FRONT WINDOWS, BOTH INTERIOR AND EXTERIOR ENTRY DOORS AND INTERIOR WALLS IN THE FRONT ROOM OF HIS HOUSE. R/O'S RECOVERED 2 BULLET FRAGMENTS INVENTORIED UNDER 15569524 AND MULTIPLE SHELL CASINGS LISTED UNDER INVENTORY 15569525. BEAT 2220 ON SCENE.

### EVENT NUMBERS FOUND IN NARRATIVE

*Note: The event number(s) below is calculated from date of occurrence and may not be accurate*

2421902260

## INVOLVED UNITS AND PERSONNEL

| Employee # | PC # | Name | Assigned Beat | Role Code | RO Arrival Date / Time |
| --- | --- | --- | --- | --- | --- |
| 120604 | PC0BL91 | SAUCEDO JR, RUBEN | 2213 | RO | 06 AUG 2024 @ 05:32 |
| 104581 | PC0Z513 | JONES, TERESA | 2213 | RO | 06 AUG 2024 @ 05:32 |

## INVOLVED VIDEOS

Based on RO Date/Time 06 AUG 2024 @ 05:32

| Employee # | PC # | Name | Assigned Beat | Source | Axon Event # | Record Start | Record End | Duration (Minutes) | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Matched by RD # | | AXON | 2421902214 | 05:14 | 05:17 | 4 | |
| | | Matched by RD # | | AXON | 2421902214 | 05:17 | 05:25 | 9 | |
| | | Matched by RD # | | AXON | 2421902214 | 05:17 | 05:26 | 9 | |
| 120604 | PC0BL91 | SAUCEDO JR, RUBEN | 2213 | AXON | 2421902214 | 05:18 | 05:46 | 29 | |
| 104581 | PC0Z513 | JONES, TERESA | 2213 | AXON | 2421902214 | 05:18 | 05:34 | 17 | |
| | | Matched by RD # | | AXON | 2421902214 | 05:20 | 05:26 | 6 | |

## INVOLVED PROPERTY

### FIREARM PROPERTY

**Not found!** No firearm property found

### VEHICLE PROPERTY

**Not found!** No firearm property found

### MISCELLANEOUS PROPERTY

| Property Description | Serial # | Value | JWLRY | OAN | RCVD | TKN | WPN | Inventory Sheet # |
|---|---|---|---|---|---|---|---|---|
| FRONT PORCH AND FRONT ROOM INTERIOR WALL | | | N | N | N | N | N | |

Generated 26 FEB 2026 @ 12:15

**For Official Police Use Only! Not For Dissemination!**

DATA WAREHOUSE Version 2.6.3