# CALUMET CITY POLICE DEPARTMENT

Incident Report for 24-52613

| | |
|---|---|
| **Nature:** 0610-Burglary | **Address:** 1682 DOLTON RD; CITY FOOD MARKET |
| **Location:** C3 | CALUMET CITY IL 60409 |

**Offense Codes:** 0610  **Statute Codes:** 720-5/19-1(a) 0610

**Received By:** ONTIVEROS O  **How Received:** T  **Agency:** CCPD

**Responding Officers:** MOORE T, MOTTL T, ZIEMINSKI M J, GARCIA J

**Responsible Officer:** MOORE T  **Disposition:** ACT 11/13/24

**When Reported:** 04:37:09 11/12/24  **Occurred Between:** 04:37:00 11/12/24 and 04:39:14 11/12/24

**Assigned To:** BURNETT J  **Detail:** BURG  **Date Assigned:** 11/13/24

**Status:** ASN  **Status Date:** 11/13/24  **Due Date:** **/**/**

**Complainant:**

**Last:**  **First:**  **Mid:**

**DOB:** **/**/**  **Dr Lic:**  **Address:**

**Race:**  **Sex:**  **Phone:**  **City:** ,

## Offense Codes

**Reported:** 7314 Burglar Alarm  **Observed:** 0610 Burglary

**Additional Offense:** 0610 Burglary

## Statute Codes

**Additional Statute:** 720-5/19-1(a) 0610 Burglary - Building

## Circumstances

**Responding Officers:**  **Unit :**

| | |
|---|---|
| MOORE T | 278 |
| MOTTL T | 214 |
| ZIEMINSKI M J | 252 |
| GARCIA J | 269 |

**Responsible Officer:** MOORE T  **Agency:** CCPD

01/08/25

**Received By:** ONTIVEROS O

**How Received:** T Telephone

**When Reported:** 04:37:09 11/12/24

**Judicial Status:**

**Misc Entry:**

**Last Radio Log:** **:**:** **/**/**

**Clearance:** 2 Report - No Arrest

**Disposition:** ACT **Date:** 11/13/24

**Occurred between:** 04:37:00 11/12/24

**and:** 04:39:14 11/12/24

**Modus Operandi:**                **Description :**                **Method :**

01/08/25

## Involvements

| Date | Type | Description | Relationship |
|------|------|-------------|--------------|
| 11/12/24 | Name | ▮▮▮▮▮▮▮▮ | Employee |
| 11/12/24 | Cad Call | 04:37:09 11/12/24 7314-Burg Alarm | Initiating Call |
| 11/12/24 | Evidence | CASH REGISTER | Evidence Incident |
| 11/12/24 | Evidence | DVD-R 1682 Dolton Rd Video | Evidence Incident |
| 11/12/24 | Evidence | DVD-R Cal City Pole Cameras | Evidence Incident |

01/08/25

## Narrative

BWC was active during the incident

Victim: City food Mart

Suspects: six masked and gloved subjects wearing Nike tech suits, two that were armed.

Two Vehicles: Red Jeep Cherokee(with rear damage)no registration. Gray Infiniti Sedan no registration

On 12Nov24 I Ofc. Moore #278 was dispatched to 1682 in reference to a burglar alarm. While en route, CCPD dispatch advised that a passerby had seen multiple subjects breaking into the rear business. Sgt Laster #206 also advised as he was viewing live footage from the city pole camera, that most if not all of the subjects had firearms in their hands with extended magazines.

I arrived on scene with caution I saw an Infiniti Sedan with no registration and a red Jeep Cherokee with no registration parked in front of the business. I activated my emergency lights and I seen multiple masked subjects emerge from the business and get into both listed vehicles. The vehicles then fled westbound on State St. Due to how many subjects were seen on camera with guns and extended magazines, I did not pursue. I then turned my attention to the business. I observed structure damage to the front of the business with a shattered front window.

I saw pieces of an ATM cover laying on the ground with markings on the ground consistent with dragging an item. It was at this moment the assumption of a stolen ATM was made. As I made my way inside the business I observed a missing register and I observed a safe that had been tampered with. I walked through the rest of the business and did not see any other damage done.

████████████ an employee arrived on scene and assessed the damages and confirmed an ATM was stolen and a register was stolen that contained five hundred(500)dollars of currency on the inside. ██████ then viewed the footage from their CCTV and it showed two vehicles arriving to the front of the business. Multiple subjects with masks and guns in hand exit both vehicles. One person breaks the glass while the other subjects are seen hiding behind the brick pillars, assuming to be looking out. The video also showed the subjects enter
the business through the broken glass and attach a chain to the rear of the Jeep. The Jeep then drove forward and pulled out the ATM from the business. The subjects then loaded the ATM into the rear of the Jeep. Once the ATM was loaded into the Jeep, the subjects then re-enter the building and is seen on camera going behind the register and retrieving money from the register. It was at this moment I arrived on scene and that's when the subjects exited the business and got into both vehicles and fled westbound State St.

Ofc. Garcia #269 processed the scene and took pictures. See her supplemental report for details. Inspectional services was contacted and responded to the scene. CCPD advised ISPERN(#5436) the description of both vehicles. ██████ was sent a link via phone to upload video footage of the burglary to evidence.com. The incident was also captured on video on the pole cameras located on Dolton Rd and Luella.

Nothing further to report at the time.

_____

Responsible LEO:


_____

Approved by:


_____

Date

01/08/25

## Supplemental Narrative

**Name: GARCIA J**

**Date: 05:13:03 11/12/24**

EVIDENCE REPORT

EVIDENCE TECH: Ofc Garcia #269
DATE NOTIFIED: 12NOV24
TIME NOTIFIED: 0440 hours
TIME ARRIVED: 0444 hours
OFFENSE: Burglary
LOCATION: 1682 Dolton Rd
TYPE OF BUILDING: Commercial
ROUGH SKETCH: No
ELIMINATION PRINTS: No
WEAPON RECOVERED: No
PHOTOGRAPHED SCENE: Yes
WEATHER - APPROXIMATE: 44F
WEATHER - CONDITIONS: Clear

EXHIBIT NUMBER / INVENTORY NUMBER - ITEMS(S) RECOVERED:

Body camera was worn and activated.

In summary: On 12NOV24 at approximately 0440 hours, I, E.T./Ofc. Garcia #269,
responded to City Food Market (1682 Dolton Rd) in order to photograph the crime
scene of a burglary. The details of the incident are contained in the original
case report filed by Ofc. T. Moore #278. All photographs taken were entered into
Spillman.

At 0444 hours, I arrived on scene and after securing the scene I observed the
following: Shattered glass and miscellaneous store lights, plastic and metal
hardware laying on the parking lot and sidewalk directly in front (south)
of the business. A thin line carved into the cement was seen from the front of
the business directed southeast front the originating point. It appeared an item
had been dragged from inside the business. The front (south) window panel
directly west of the front glass door had been shattered and the brick wall was
partly torn down with bricks laying directly in front of the wall.

Prior to the burglary, an ATM machine had been located west of the front door in
front of the shattered window panel. The ATM was now missing with large bolt
holes being visible on the interior floor. Plastic ATM covers were laying on the
interior floor. No serial number for the ATM was seen on said covers.

The business has two lanes for two registers, one enclosed in plastic panels for
security and one lane accessible to the public. Both register lanes were
adjacent to each other. In the open register lane, I observed receipts to be
laying on the ground and a shelf/table that appeared to have held a register.
The shelf was now empty with card readers just left of the shelf. Inside the
secured register area, receipts were on the ground. One register was laying on
the ground with an empty cash drawer below it. The lottery register was on the
shelf with the drawer open and no cash drawer inside. One table was empty and
appeared to originally held the register that was now laying on the ground.

Just north of the secured register lane, a door was located. The door was off
its hinges and lead to the employee area. The employee area hallway was
obstructed by a metal safe laying in the middle. I later learned the safe had

01/08/25

been moved by offenders and had originally sat under the CCTV camera table
(behind the employee door). Nothing else in the business had been tampered with
or damaged by offenders. The scene was photographed.

01/08/25

## Supplemental Narrative
**Name: SMITH B**
**Date: 12:45:44 11/12/24**
REFERENCE: Recovery of cash register

FROM: Sgt B Smith #226

 On 12 Nov 2024, I spoke with Sgt Cavanaugh #1063 Chicago Police 22nd District, via telephone. Sgt Cavanaugh advised that the cash register taken had been discovered by Chicago police at 9000 S Union Ave Chicago. Sgt Cavanaugh advised that the register had been taken to the 22nd District building of CPD. Sgt Cavanaugh advised that the register had been broken into and almost most contents were inside except receipts, which was how he discovered where it was from.

  Upon arrival, I observed the register to be heavily damaged. I took possession of the register, along with a copy of a Chicago PD police report, which was up-loaded to the Spillman database. The register was inventoried into evidence #24-2560.

01/08/25

## Supplemental Narrative

**Name: COFFEY W**

**Date: 13:27:41 11/12/24**

REFERENCE:  Authored Critical Reach

FROM:  Det Coffey #211


 On 12 Nov 24, I, Det Coffey #211, authored a critical reach reference
the incident.  I sent the critical reach out to all police agencies in Cook
County, IL and Lake County, IN.  I attached the critical reach to the case file.

01/08/25

## Supplemental Narrative

**Name: ASTOR J**

**Date: 15:28:31 11/12/24**

REFERENCE:  Pole Camera Footage

FROM:  J Astor #388

On, 12 November 2024, I downloaded the Pole Camera Footage from the Pole
Camera located at Dolton Rd & Luella Ave, reference 24-52613, and
uploaded the files to evidence.com.

01/08/25

# Evidence

| | | | | |
|---|---|---|---|---|
| **Evidence Number:** | 24-2560 | | | |
| **Type:** | EVI | | | |
| **Owner Num:** | | | | |
| **Last:** | | | | |
| **First:** | | | | |
| **Middle:** | | | | |
| **Item:** | Cash Register | **Color:** | | |
| **Brand:** | Sharp | **Quantity:** | 0 | |
| **Model:** | | **Measure:** | | |
| **Serial Num:** | 65077934 | | | |
| **Description:** | CASH REGISTER | | | |
| **Comments:** | DAMAGED "SHARP" CASH REGISTER | | | |
| **Transaction:** | EVID | **Date:** | 12:54:44 11/12/24 | |
| **Location:** | 01 TEMP LOCKERS | **Who to/from:** | EVIDENCE LOCKER | **Custodian:** SMITH B |
| **Reason:** | 1900 MONTERRY CHICAGO IL | | | |

| | | | | |
|---|---|---|---|---|
| **Evidence Number:** | 24-2567 | | | |
| **Type:** | EVI | | | |
| **Owner Num:** | | | | |
| **Last:** | | | | |
| **First:** | | | | |
| **Middle:** | | | | |
| **Item:** | DVD-R | **Color:** | | |
| **Brand:** | | **Quantity:** | 0 | |
| **Model:** | | **Measure:** | | |
| **Serial Num:** | 24-52613 | | | |
| **Description:** | DVD-R 1682 Dolton Rd Video | | | |
| **Comments:** | | | | |
| **Transaction:** | LCHG | **Date:** | 14:14:24 12/11/24 | |
| **Location:** | CD FILE | **Who to/from:** | ERICKSON C | **Custodian:** ERICKSON C |
| **Reason:** | Moved to storage | | | |

| | | |
|---|---|---|
| **Evidence Number:** | 24-2568 | |
| **Type:** | EVI | |
| **Owner Num:** | | |
| **Last:** | | |
| **First:** | | |
| **Middle:** | | |

01/08/25

| | | | |
|---|---|---|---|
| **Item:** | DVD-R | **Color:** | |
| **Brand:** | | **Quantity:** | 0 |
| **Model:** | | **Measure:** | |
| **Serial Num:** | 24-52613 | | |
| **Description:** | DVD-R Cal City Pole Cameras | | |
| **Comments:** | | | |
| **Transaction:** | LCHG | **Date:** | 14:14:24 12/11/24 |
| **Location:** | CD FILE | **Who to/from:** | ERICKSON C   **Custodian:** ERICKSON C |
| **Reason:** | Moved to storage | | |

01/08/25

## Name Involvements:



01/08/25