**CHICAGO POLICE DEPARTMENT**

# ORIGINAL CASE INCIDENT REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.388(6/03)-C)

RD #:  JH507061

**EVENT #:** 2431900593

Case ID:   13662959   CASR229

## INCIDENT

**PROGRESS**

| | |
|---|---|
| **IUCR:** | 051A - Assault - Aggravated - Handgun |
| | 0610 - Burglary - Forcible Entry |

**Occurrence Location:** 2323 W 111th St
Chicago IL 60643
221 - Grocery Food Store - Commercial Location

**Beat:** 2212

**Unit Assigned:** 2222
**RO Arrival Date:** 14 November 2024 01:13

**Occurrence Date:** 14 November 2024 01:10

## NON OFFENDER

**VICTIM - Business**

**Name: FAIRPLAY**

2323 W 111th St     **Beat:** 2212

Chicago, Il 60643
773 - 779 - 8536

**Other Communications and Availability**

**Phone - Business :**  773-779-8536
00:01:00 - 23:59:00

**Available Time**

**VICTIM - Individual**

**Name:** ▮▮▮▮▮▮▮▮▮

**Res:** ▮▮▮▮▮▮▮     **Beat:** 2523

**Demographics**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Beat:** 5100

**Sobriety:** Sober

**Other Communications and Availability**

**Phone - Cellular:** ▮▮▮▮▮▮
00:01:00 - 23:59:00

**Available Time**

RD #: JH507061

powered by CLEAR Technology

**Chicago Police Department Incident Report**

RD# JH507061

**PERSON REPORTING OFFENSE**

| | |
|---|---|



## SUSPECTS

### Suspect # 1

**Name:** UNKNOWN 1, Unknown 1

**Demographics**

Male
Black
Unknown Eyes
Unknown Hair
Unknown Hair Style
Unknown Complexion

**Other Communications and Availability**

**Descriptions**

**Clothing Description:** Hands - Red Gloves/Mitten, Top - Gray Hooded Sweatshirt, Bottom - Blue Jeans

### Suspect # 2

**Name:** UNKNOWN 2, Unknown 2

**Demographics**

Male
Black
Unknown Eyes
Unknown Hair
Unknown Hair Style
Unknown Complexion

**Other Communications and Availability**

**Descriptions**

**Clothing Description:** Top - Black Hooded Sweatshirt, Bottom - Black Pants, Hands - Black Gloves/Mitten

powered by CLEAR Technology

## SUSPECTS

### Suspect # 3

**Name:** UNKNOWN 3, Unknown 3

**Demographics**

Male
Black
Unknown Eyes
Unknown Hair
Unknown Hair Style
Unknown Complexion

**Other Communications and Availability**

**Descriptions**

**Clothing Description:** Top - Black Hooded Sweatshirt, Bottom - Black Pants, Hands - Black Gloves/Mitten

### Suspect # 4

**Name:** UNKNOWN 4, Unknown 4

**Demographics**

Unknown
Unknown / Refused
Unknown Eyes
Unknown Hair
Unknown Hair Style
Unknown Complexion

**Other Communications and Availability**

## RELATIONSHIP

| (Victim) | | ( Offender ) |
|---|---|---|
| **FAIRPLAY** | is a   No Relationship of | **UNKNOWN 1, Unknown 1** |
| (Victim) **FAIRPLAY** | is a   No Relationship of | ( Offender ) **UNKNOWN 2, Unknown 2** |
| (Victim) **FAIRPLAY** | is a   No Relationship of | ( Offender ) **UNKNOWN 3, Unknown 3** |
| (Victim) **FAIRPLAY** | is a   No Relationship of | ( Offender ) **UNKNOWN 4, Unknown 4** |
| (Victim) ▊▊▊▊ | is a   No Relationship of | ( Offender ) **UNKNOWN 1, Unknown 1** |
| (Victim) ▊▊▊▊ | is a   No Relationship of | ( Offender ) **UNKNOWN 2, Unknown 2** |
| (Victim) ▊▊▊▊ | is a   No Relationship of | ( Offender ) **UNKNOWN 3, Unknown 3** |
| (Victim) ▊▊▊▊ | is a   No Relationship of | ( Offender ) **UNKNOWN 4, Unknown 4** |
| (Person Reporting Offense) ▊▊▊▊ | is a   No Relationship of | ( Offender ) **UNKNOWN 1, Unknown 1** |
| (Person Reporting Offense) ▊▊▊▊ | is a   No Relationship of | ( Offender ) **UNKNOWN 2, Unknown 2** |

powered by CLEAR Technology

| (Person Reporting Offense) | | is a | No Relationship of | ( Offender )<br>**UNKNOWN 3, Unknown 3** |
| --- | --- | --- | --- | --- |
| ███████ | | | | |
| (Person Reporting Offense) | | is a | No Relationship of | ( Offender )<br>**UNKNOWN 4, Unknown 4** |
| ███████ | | | | |

## DOMESTIC INFO

## OTHER

**Burglary Information**

| | | | |
| --- | --- | --- | --- |
| **Premises Entered:** | 1 | | |
| **Where were Occupants:** | OTHER | | |
| **Entry Point:** | Front Window | **Safe Burglary Method:** | Unknown |
| **Exit Point:** | Front Window | | |

**Miscellaneous**

Victim Information Provided                                         **Flash Message Sent ?** No

## OTHER PROPERTIES

**Property #1**                                                    **Possessor/User:** **FAIRPLAY,**

| | | | |
| --- | --- | --- | --- |
| **Quantity:** | 1 | **Used as Weapon?** | No |
| **Type:** | Merchandise | **Taken/Stolen?** | Yes |
| **Description:** | Atm Machine     **Owner:** Fairplay, | **Recovered?** | Yes |
| | 773 - 779 - 8536 | **Seized?** | No |
| | | **Unknown Status?** | No |
| | | **Damaged?** | Yes |

## NOTIFICATIONS

| Request Type | Unit | Agency Name | Date | Star # | Empl # | Name |
| --- | --- | --- | --- | --- | --- | --- |
| Notification | 620 | Detectives - Area 2 | 15 November 2024 01:30 | 20219 | 26848 | **Destry,WILBORN** |
| Request Type | Unit | Agency Name | Date | Star # | Empl # | Name |
| Notification | 177 | Forensic Services Division (Fsd) | 15 November 2024 01:40 | 4740 | 5140 | **Amanda,KOGUT** |
| Request Type | Unit | Agency Name | Date | Star # | Empl # | Name |
| Notification | 102 | Communications Division (Cd) | 14 November 2024 03:49 | 8039 | 112612 | **Alex,AGUAS** |



**NARRATIVE**

EVENT NO.00593. BWC INCIDENT. IN SUMMARY, R/O'S WERE DISPATCHED TO AN ON-VIEW BURGLARY IN PROGRESS AT 2323 W 1111TH ST, WHICH IS A COMMERCIAL LOCATION FOR [V] FAIRPLAY. UPON ARRIVAL, R/O'S SPOKE WITH [V] ████████████████, WHO IS AN EMPLOYEE AT THE LOCATION MENTIONED ABOVE. [V] ████████ ████████ STATED THAT AS HE WAS IN THE BACK ROOM OF THE STORE, HE SUDDENLY HEARD REALLY LOUD "BANGING NOISES" AT THE FRONT, SO HE MADE HIS WAY UP TO THE FRONT OF THE STORE, AND THAT'S WHEN HE SAW [O] UNKNOWN 2, UNKNOWN 2 POINTING A BLACK FIREARM AT HIM FROM OUTSIDE THE FRONT WINDOW OF THE STORE. [V] ████████ ████████ FURTHER RELATED THAT ONCE HE SAW [O] UNKNOWN 2, UNKNOWN 2 POINTING THE BLACK FIREARM AT HIM HE BEGAN TO RUN TO THE BACK OF THE STORE, AND PROCEEDED TO CALL 911 TO LET THEM KNOW THAT THEY WERE ATTEMPTING TO TAKE THE ATM MACHINE THAT WAS LOCATED AT THE FRONT DOORS.

THE MANAGER OF THE STORE, [PERSON REPORTING OFFENSE] ████████████████, CAME ON SCENE AND BEGAN TO SHOW R/O'S THE VIDEO FOOTAGE OF THE INCIDENT. AS R/O'S BEGAN TO WATCH THE VIDEO FOOTAGE, THEY WERE ABLE TO IDENTIFY A TOTAL OF FOUR MALE BLACK UNKNOWN OFFENDERS WHO WERE ALL COVERED IN FACE MASKS, HOODIES, AND THEY ALL HAD ON GLOVES. IN ADDITION, THEY HAD TWO VEHICLES ON SCENE, A RED JEEP CHEROKEE, UNKNOWN PLATES, AND AN INFINITI SEDAN, UNKNOWN PLATES AS WELL, THAT PROCEEDED TO HEAD EASTBOUND ON 111TH ST WITH THE ATM MACHINE. THE VIDEO FOOTAGE SHOWS [O] UNKNOWN 1, UNKNOWN 1 BREAKING THE GLASS WINDOW OF THE STORE AND THEN PROCEEDING TO WRAP A ROPE AND CHAIN AROUND THE ATM MACHINE TO THEN HOOK UP ON THE BACK OF THE JEEP. THE UNKNOWN OFFENDER WHO WAS THE DRIVER, PROCEEDED TO YANK THE ATM MACHINE OUT AS HE PULLED FORWARD WITH THE VEHICLE. THE ATM MACHINE WAS THEN CARRIED ONTO THE BACK OF THE JEEP AND AS THEY PROCEEDED TO HEAD EASTBOUND ON 111TH ST, THE ATM MACHINE THEN SLID OUT AT 2159 W 111TH ST WHERE IT WAS LEFT ON THE SIDE OF THE STREET. THE TWO VEHICLES THEN CONTINUED TO HEAD EASTBOUND ON 111TH ST. ONCE THE E.T. HAD LEFT THE SCENE, THE MANAGER, [PERSON REPORTING OFFENSE] ████████████████ PROCEEDED TO GET A JACK AND PALLET TO BRING THE ATM MACHINE BACK TO THE STORE. THE CHAINS THAT THE OFFENDERS USED ON SCENE WERE INVENTORIED, INVENTORY NO. 15629056.

NOTIFICATIONS MADE:
FIELD SGT BUTLER, 0115 HRS, STAR NO.1047, BEAT 2220.
AREA 2 DETECTIVE WILBORN, 0130 HRS, STAR NO.20219, BEAT 5203N. ARRIVED ON SCENE AT 0224 HRS.
E.T. KOGUT, 0140 HRS, STAR NO.4740, BEAT 5822. ARRIVED ON SCENE AT 0254 HRS.
NEWS AFFAIRS, NOTIFIED AT 0349 HRS, STAR NO.8039.

NOTIFICATION: FIELD SERGEANT, KEVIN BUTLER, Beat#: 2220, Star#: 1047, Emp#: 104181, Date: 15-NOV-2024, Time: 01:15,

**PERSONNEL**

| | Star No | Emp No | Name | User | Date | Unit | Beat |
|---|---|---|---|---|---|---|---|
| Approving Supervisor | 1047 | #104181 | **BUTLER, Kevin, G** | (PC0Z419) | 14 Nov 2024 04:41 | 022 | |
| Detective / Investigator | 20207 | #5354 | **DORICH, Kathleen, M** | (PC0V493) | 14 Nov 2024 12:01 | 620 | |
| Reporting Officer | 19530 | #124235 | **EGAN JR, Patrick, W** | (PC0CC82) | 14 Nov 2024 02:19 | 022 | 2222 |
| Reporting Officer | 16095 | #134305 | **GONZALEZ, Erika,** | (PC0DE75) | 14 Nov 2024 02:19 | 022 | 2222 |

powered by CLEAR Technology